**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Rigoberto TOSCANO, also known as Rigo, Defendant—Appellant.**

No. 01–51274
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 10, 2004.

---

Joseph H Gay, Jr, Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Rigoberto Toscano, Forrest City, AR, pro se.

Before REYNALDO G. GARZA, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM.[1]

Roberto Toscano challenges the factual basis for his guilty plea to one count of conspiracy to distribute in excess of 1,000 kilograms of marijuana. There is, however, no nonfrivolous issue for appeal with respect to Toscano's conviction because as part of his written plea agreement, Toscano validly waived his right to directly appeal his sentence. *See United States v. Portillo*, 18 F.3d 290, 292 (5th Cir.1994). Accordingly, the appeal is dismissed.

1. Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.